BOWDEN v. CITY SAVINGS BANK et al.

This case, on exception to the sustaining of a general demurrer filed by the defendant, coming on for decision by all of the Justices, who are evenly divided in opinion, Russell, C. J., Beck, P. J., and Hill, J., being of the opinion that the judgment should be reversed, and Atkinson, Gilbert, and Hines, JJ., holding the contrary view, the judgment of the trial court is affirmed by operation of law.

No. 6977. DECEMBER 14, 1929. REHEARING DENIED JANUARY 20, 1930.

J. Wightman Bowden, for plaintiff.
J. C. Watson and W. A. Fuller, for defendants.